*Nave & Witherow,* for the appellant.

---

### Thompson *v.* White.

An affidavit, which is the basis of a motion to set aside a default-judgment, which motion is overruled, is not properly in the record on appeal to this Court unless it be embodied in a proper bill of exceptions.

APPEAL from the *Hamilton* Common Pleas.

*Per Curiam.*—Judgment by default. Motion to set aside default for reasons, and affidavit filed. The motion was overruled, but no bill of exceptions appears in the record. Said affidavit is not, therefore, a part of the record, so as to enable us to determine as to its sufficiency. *Round* v. *The State*, 14 Ind. 494.

The judgment is affirmed, with costs.

*Garver & O'Brien*, for the appellant.

*J. W. Evans* and *Joel Stafford*, for the appellee.